

NUMBER 13-08-00193-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MICHAEL SCOTT,                                                                               Appellant,

v.

BEE COUNTY, ET AL.,                                                                        Appellees.

---

On Appeal from the 156th District Court
of Bee County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 156th District Court

of Bee County, Texas, in cause number B-07-1483-CV-B.  Appellant has filed a motion to

voluntarily dismiss the appeal.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to voluntarily dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of February, 2009.